Kelvin J. MILES, Petitioner–Appellant,

v.

WARDEN OF FCI ESTILL,
Respondent–Appellee.

No. 14–7509.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 10, 2015.

Kelvin J. Miles, Appellant Pro Se.

Before NIEMEYER, MOTZ and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miles v. Warden*, No. 2:13–cv–00721–RBH (D.S.C. Aug. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*